IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00817-RPM

MANUEL LABBE,

    Plaintiff,

v.

GUIDEONE MUTUAL INSURANCE COMPANY,

    Defendant.

---

## ORDER RESCHEDULING SCHEDULING CONFERENCE

Pursuant to the scheduling conference convened on July 31, 2008, it is

ORDERED that the scheduling conference is reset for **August 22, 2008, at 10:30 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges frame.htm** (Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 1/08). The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on August 14, 2008.**

The conference is conducted with counsel only and no parties or representatives of parties will be permitted to attend.

Dated: August 4th, 2008

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge