IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:08-cv-00817-RPM

Manuel Labbe,

    Plaintiff,

v.

GuideOne Mutual Insurance Company,

    Defendant.

_____

## ORDER OF DISMISSAL WITH PREJUDICE
_____

Upon consideration of the Stipulation of the plaintiff, Manuel Labbe, and the defendant, GuideOne Mutual Insurance Company, for a dismissal of the above-captioned action with prejudice, it is

ORDERED that the above-captioned action be dismissed with prejudice, each party to pay their respective costs and attorney fees.

DONE in Court this 21st day of August, 2008.

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior Judge